Pawlukiewicz v Pawlukiewicz (2022 NY Slip Op 51338(U))

[*1]

Pawlukiewicz v Pawlukiewicz

2022 NY Slip Op 51338(U)

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, CHEREÉ A. BUGGS, JJ

2019-522 Q C

Kenneth J. Pawlukiewicz, Respondent,
against
Rosemarie K. Pawlukiewicz, Appellant. 

Opinion withdrawn from publication by the State Reporter because it duplicates the opinion published at 
2022 NY Slip Op 51259(U).